UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY BLACKMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>MR. R. DIXON, et al.,<br><br>        Defendants. | No. 2:18-cv-0079 KJM AC P<br><br>FINDINGS AND RECOMMENDATIONS |

      By an order issued August 1, 2019, plaintiff was directed to pay the filing fee of $350.00, plus the $50.00 administrative fee within thirty days, and was cautioned that failure to do so would result in dismissal of this action. ECF No. 8. The thirty-day period has now expired, and plaintiff has not responded to the court's order and has not paid the fees.

      Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one (21) days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within

////

1

the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: September 10, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE